UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BARNES,

  Plaintiff,

v.

U.S. AUTO CREDIT CORPORATION,

  Defendant.

_____/

Case No. 3:21-cv-00132-HES-JRK

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Michael Barnes ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, U.S. Auto Credit Corporation, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: March 18, 2021

Respectfully submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor
