## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**MICHAEL BARNES,**

     **Plaintiff,**

**v.**                             **Case No. 3:21-cv-132-HES-JRK**

**U.S. AUTO CREDIT CORP.,**

     **Defendant.**

_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' "Notice of Settlement" (Dkt. 6) which indicates the parties have settled all claims; and anticipate filing a stipulation of dismissal once the closing documents are completed. (Dkt. 44). The Defendant has not filed an answer or motion for summary judgment.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is hereby **DISMISSED without prejudice**, but the Court retains jurisdiction over this matter for the next sixty days.

2. Any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or

Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida, this 23 day of March, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to**:
Alexander J. Taylor, Esq.
U.S. Auto Credit Corporation, *pro se* Defendant
    c/o Joanne A. Ackman
    1725 Memorial Park Drive
    Jacksonville, Florida 32204