UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BARNES,

   Plaintiff,

v.

U.S. AUTO CREDIT CORPORATION,

   Defendant.

                                     /

Case No. 3:21-cv-00132-HES-JRK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Michael Barnes ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal With Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed with prejudice against the Defendant, U.S. Auto Credit Corporation, with both parties to bear their own attorney's fees and cost. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: May 21, 2021

                                            Respectfully submitted,

                                            */s/ Alexander J. Taylor*
                                            Alexander J. Taylor, Esq.
                                            Florida Bar No. 1013947
                                            Sulaiman Law Group, Ltd.
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            Phone: (630) 575-8181
                                            ataylor@sulaimanlaw.com
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<i>/s/ Alexander J. Taylor</i><br>
Alexander J. Taylor, Esq.