UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MICHAEL BARNES,**

    Plaintiff,

v.                                                Case No. 3:21-cv-132-HES-JRK

**U.S. AUTO CREDIT CORP.,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 8). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is hereby **DISMISSED with prejudice**, with both parties to bear their own fees and costs.

**DONE and ORDERED** in Jacksonville, Florida, this 26th day of May, 2021.

                                                     HARVEY E. SCHLESINGER
                                                     UNITED STATES DISTRICT JUDGE

**Copies to**:
Alexander J. Taylor, Esq.
U.S. Auto Credit Corporation
    c/o Joanne A. Ackman
    1725 Memorial Park Drive
    Jacksonville, Florida 32204